JUSTICE KINSER,
concurring.
I agree with the conclusion of the majority opinion with regard to the two limited issues presented in this appeal. Nevertheless, I write separately to reiterate the views that I expressed in Fishback v. Commonwealth, 260 Va. 104, 118-22, 532 S.E.2d 629, 635-38 (2000) (Kinser, J., dissenting). Although I continue to disagree with the result in Fishback, I cannot say that the decision was a “flagrant error or mistake.” Selected Risks Ins. Co. v. Dean, 233 Va. 260, 265, 355 S.E.2d 579, 581 (1987); accord Nelson v. Warden, 262 Va. 276, *813 280, 552 S.E.2d 73, 75 (2001). Thus, in accordance with the principles of stare decisis, I am bound by the decision in Fishback.